UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:05-cv-219-C

| | |
|---|---|
| GREGORY B. MORDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| US AIRWAYS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

It appearing that on September 12, 2004, the Defendant filed a voluntary petition for relief under Chapter 11 of the Title 11 of the United States Code ("the Bankruptcy Code") in the U.S. Bankruptcy Court for the Eastern District of Virginia, this matter is **STAYED** pending resolution of the bankruptcy proceedings.

The Defendant is directed to submit a status report regarding the bankruptcy proceedings within 30 days.

The Clerk is directed to send a copy of this order to the Plaintiff at his last provided address: 14968 Deshler Court, Charlotte, NC 28273.

**SO ORDERED**.

Signed: January 9, 2008

Robert J. Conrad, Jr.
Chief United States District Judge