UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-cv-219-RJC-DSC

| | |
|---|---|
| GREGORY B. MORDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| US AIRWAYS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court sua sponte. The Court issued an Order on January 9, 2008, staying this matter pending resolution of Defendant's bankruptcy proceedings. (Doc. No. 8). On October 12, 2011, after the resolution of said bankruptcy proceedings, the Court lifted the stay. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant had until November 2, 2011 to file an Answer to Plaintiff's Complaint, (Doc. No. 1). **The Court hereby warns Defendant that if it does not file an Answer to Plaintiff's Complaint within seven (7) days of this Order, it will be in default**. See FED. R. CIV. P. 55(a).

Signed: November 8, 2011

Robert J. Conrad, Jr.
Chief United States District Judge